478 A.2d 83

Hogan v. Melaragni, Appellant.

 Argued January 11, 1984. Joseph L. Higgins, for appellant; James J. Marlowe, II, for appellee.

610

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.
Judgment affirmed.